UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carleto Dwayne Wayne Allen
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Jeremiah S. Williams NYPD shield #07878

Michael T. Obrien NYPD shield #00721

Jozsef A. Tass NYPD shield #28671

Brandon A. Ravelo NYPD shield #26010

Miguel Sanchez NYPD shield #4645

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE
2016 MAY -6  PM 3:08

**16CV3403**

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No
(check one)

**I.   Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  Carleto Allen
ID #  00002424455
Current Institution  Westchester County Correctional Facility
Address  P.O. Box 10, Woods road, Valhalla, New York 10595

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Jeremiah S. Williams        Shield #  07878
Where Currently Employed  47th precinct
Address  4111 East Laconia ave. Bronx, New York 10466

Defendant No. 2   Name Michael T. Obrien   Shield # 00721
Where Currently Employed 47th Precinct
Address 4111 East Laconia ave. Bronx, New York 10466

Defendant No. 3   Name Jozsef A. Tass   Shield # 28671
Where Currently Employed 47th Precinct
Address 4111 East Laconia ave. Bronx, New York 10466

Defendant No. 4   Name Brandon A. Ravelo   Shield # 26010
Where Currently Employed 47th Precinct
Address 4111 East Laconia ave. Bronx, New York 10466

Defendant No. 5   Name Miguel E. Sanchez   Shield # 4645
Where Currently Employed 47 precinct
Address 4111 East Laconia ave. Bronx, New York 10466

## II.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
The event did not occur while in a institution, it occured when I was a civilian in the streets of New York City

B.   Where in the institution did the events giving rise to your claim(s) occur?
The event occured in front of my home at 766 E 220th street Bronx, New York 10467

C.   What date and approximate time did the events giving rise to your claim(s) occur?
It occured January 9, 2015 at approximately 11:30 am.

D. **Facts:** On January 9th 2015 at approximately 11:30 am I was seated in the passenger seat of a parked car in front of my home. When I noticed a unmarked vehicle pull up alongside my passenger side door. Dressed in plain clothing, officers Jeremiah Williams and Jozsef Tass hopped out with their weapons drawn, not identifying themselves as officers I assumed I was going to be robbed and or harmed due to a previous encounter where I was robbed at gunpoint. I tried to hit the lock switch but was too slow as officer Williams opened the door and tossed me to the floor and jump on top of me. Officer Tass then said they've been looking for me and punched me in my face and jumped on me as well. Officer Williams was now checking my pocket while I kept on saying "I don't have any money don't shoot". I then heard a vehicle come to a screeching halt when I looked up I saw flashing lights coming from another unmarked vehicles. Officer Williams yelled he is resisting thats when officers Brandon Revelo, Mique Sanchez, Michael Obrien ran and jumped on me as well. Some of them grabbing my arms some grabbing my legs while Officer Tass had him in a headlock, I felt someone punching me in my upper Torso and face. I tried to curl up but to no avail by this point my legs and arms where restrained, I tried to yell help to the crowd of people that formed but I was losing consciousness, I felt a blow to the back of my head and went out. I awoke and I felt a sharp pain in my left hand, while being thrown in the back of the unmarked car by officer Williams and Tass, the other officers were clearing up the crowd that formed. I was then taken to the 47th precinct were I told the captain about the assault and showed him the bone sticking out my hand. I was brought to the hospital, put in a handcast brought back to the precinct and interviewed by the Internal Affair guys. I later on filed a complaint at Civil Complaint Review Board

(margin labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?)

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Due to the excessive forced used by the officers and police brutality I suffered a fractured 4 metacarpal bone (broken bone). I was diagnosed by Dr. Greenbond at Montefiore Medical Center located at 600 east 233rd street Bronx, New York 10466-2697. The bone did not heal correctly, and I still attend physical therapy to regain full motion in my left hand. My therapy sessions are held in the medical center of Westchester County Correctional Facility by their licensed therapist.

(margin note: brutality)

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___  No ✓

Rev. 05/2010                                             3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Not Applicable   N/A

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ____  N/A

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know ____  N/A

If YES, which claim(s)? N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ____  N/A

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____  N/A

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? N/A

1. Which claim(s) in this complaint did you grieve? N/A

2. What was the result, if any? N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: Incident did not occur in institution

N/A

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: ___N/A___

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. ___N/A___

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I pray the court rules in my favor that my injuries are due to police brutality and excessive force used by NYPD officers from 47th precinct. Granting me compensatory relief as well as punitive relief for my injuries in the amount of $500,000 if that seems just in the court of law.

## VI. Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ___N/A___

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) ___N/A___

3. Docket or Index number ___N/A___
4. Name of Judge assigned to your case ___N/A___
5. Approximate date of filing lawsuit ___N/A___
6. Is the case still pending? Yes ___ No ___
   If NO, give the approximate date of disposition ___N/A___
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ___N/A___

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ___ No _✓_

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ___N/A___

Defendants ___N/A___

2. Court (if federal court, name the district; if state court, name the county) ___N/A___

3. Docket or Index number ___N/A___
4. Name of Judge assigned to your case ___N/A___
5. Approximate date of filing lawsuit ___N/A___
6. Is the case still pending? Yes ___ No ___
   If NO, give the approximate date of disposition ___N/A___
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ___N/A___

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16 day of April, 2016.

Signature of Plaintiff: Carloto Allen
Inmate Number: 0000242455
Institution Address: Westchester County Correctional Facility
10 Woods Road, Valhalla
New York 10595

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 16 day of April, 2016, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Carloto Allen



CIVILIAN COMPLAINT REVIEW BOARD
100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb

BILL DE BLASIO
MAYOR

RICHARD D. EMERY, ESQ.
CHAIR

MINA Q. MALIK, ESQ.
EXECUTIVE DIRECTOR

March 18, 2015

Mr. Carleto Allen
766 East 220th Street PH
Bronx, NY 10467

Re: CCRB case number 201500303

Dear Mr. Allen:

I am now writing to inform you of the Board's findings on the allegation(s) raised by the above-referenced complaint.

| Allegation(s) by letter : | Board finding(s) : |
|---|---|
| A) Force: Officers used physical force against Carleto Allen. | Complainant Uncooperative |

The Board did not conduct a full and thorough investigation of this complaint in the absence of an available and cooperative complainant and/or victim(s). However, where new evidence or a previously unavailable or uncooperative witness becomes available within eighteen months of the Board's closure of the case, the Board may reopen the case if such new evidence may reasonably lead to a different finding. To request that the Board reopen a closed case, please detail the new evidence and the request in a letter addressed to Denise Alvarez, Director of Case Management, at CCRB, 100 Church Street, 10th Floor, New York, NY 10007.

Sincerely,

Mina Q. Malik
Executive Director

Enclosure

...

Carleto Allen
D#000024455
Westchester County Correctional Facility
10 Woods Road
Valhalla, New York 10595



CERTIFIED MAIL
7014 0510 0001 8516 8889

Pro Se Office
United States District Court
Southern District Of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 230
New York, New York 10007



USMP3 SDNY

2016 MAY -6 PM 3:08
SDNY PRO SE OFFICE
RECEIVED



$ 007.78⁰
PITNEY BOWES
02 1P
0002712896
MAILED FROM ZIP CODE 10595
MAY 03 2016