UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CARLETO DWAYNE WAYNE ALLEN,

                                                                             Plaintiff,

-against-

JEREMIAH S. WILLIAMS, MICHAEL T. OBRIEN, JOZSEF A. TASS, BRANDON A. RAVELO, MIGUEL E. SANCHEZ,

                                                                           Defendants.

**ANSWER TO COMPLAINT ON BEHALF OF DEFENDANTS DETECTIVE WILLIAMS, SERGEANT SANCHEZ AND POLICE OFFICER TASS**

16-CV-3403 (PGG)

Jury Trial Demanded

------------------------------------------------------------------------ x

        Defendants Detective Jeremiah S. Williams, Sergeant Miguel E. Sanchez and Police Officer Jozsef A. Tass (hereinafter "defendants")[1], by their attorney, Zachary W. Carter, Corporation Counsel of the City of New York, for their answer to the complaint, respectfully allege, upon information and belief, as follows:

        1.     Deny the allegations set forth in paragraph "I" of the complaint and all of its subparts, except admit that plaintiff purports to name the parties to this action as stated therein, and state that, upon information and belief, plaintiff was incarcerated at Westchester County Correctional Facility at the time he filed the complaint.

        2.     Deny the allegations set forth in paragraph "II-A" of the complaint.

        3.     Deny the allegations set forth in paragraph "II-B" of the complaint.

        4.     Deny the allegations set forth in paragraph "II-C" of the complaint, expect admit that plaintiff was arrested on or about January 9, 2015.

        5.     Deny the allegations set forth in paragraph "II-D" of the complaint.

---

[1] Upon information and belief, the individuals identified in the caption of the complaint as "Brandon A. Ravelo" and "Michael T. Obrien" have not yet been served with the Summons and Complaint, or requested legal representation from the Office of the Corporation Counsel, in this case, and therefore, are not defendants in this action at this time.

6. Deny the allegations set forth in paragraph "III" of the complaint.

7. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "IV" of the complaint, and all of its subparts.

8. Deny the allegations set forth in paragraph "V" of the complaint, except admit that plaintiff purports to seek relief as stated therein.

9. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "VI" of the complaint, and all of its subparts.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE:

10. The complaint fails to states a claim upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE:

11. Defendants have not violated any rights, privileges, or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof, nor have defendants violated any Act of Congress providing for the protection of civil rights.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE:

12. Any injury alleged to have been sustained resulted from plaintiff's own culpable or negligent conduct and/or the culpable or negligent conduct of others and was not the proximate result of any act of defendants.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE:

13. Plaintiff provoked any incident.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE:

14. To the extent plaintiff alleges claims under State law, such claims may be barred, in whole or in part, because plaintiff may have failed to comply with the provisions of New York General Municipal Law §§ 50(e) (h) and (i).

### **AS AND FOR A SIXTH AFFIRMATIVE DEFENSE:**

15. This action may be barred, in whole or in part, by the applicable statute of limitations.

### **AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE:**

16. There was probable cause for plaintiff's arrest, detention, and prosecution.

### **AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE:**

17. Any stop and/or search of plaintiff was justified by probable cause and/or reasonable suspicion

### **AS AND FOR A NINTH AFFIRMATIVE DEFENSE:**

18. Defendants Williams, Sanchez and Tass have not violated any clearly established constitutional or statutory right of which a reasonable person would have known and, therefore, are protected by qualified immunity

### **AS AND FOR A TENTH AFFIRMATIVE DEFENSE:**

19. At all times relevant to the acts alleged in the complaint, defendants Williams, Sanchez and Tass acted reasonably in the proper and lawful exercise of their discretion.

**WHEREFORE,** defendants Detective. Williams, Sergeant Sanchez and Police Officer Tass request judgment dismissing the complaint in its entirety, together with the costs and disbursements of this action and such other and further relief as the Court may deem just and proper.

Dated:     New York, New York
            August 23, 2016

                           ZACHARY W. CARTER
                           Corporation Counsel of the
                               City of New York
                           *Attorney for Defendants Detective Williams,*
                           *Sergeant Sanchez and Police Officer Tass*
                           100 Church Street, Room 3-308A
                           New York, New York 10007
                           (212) 356-5056

                           By:        /s/
                                   Erin Ryan
                                   Assistant Corporation Counsel
                                   Special Federal Litigation

cc:     Carleto Allen (By First Class Mail)
        *Plaintiff Pro Se*
        77444-054
        Metropolitan Correctional Center
        150 Park Row
        New York, New York 10007

16-CV-3403 (PGG)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLETO DWAYNE WAYNE ALLEN,

                              Plaintiff,

-against-

JEREMIAH S. WILLIAMS, MICHAEL T. OBRIEN, JOZSEF A. TASS, BRANDON A. RAVELO, MIGUEL E. SANCHEZ,

                              Defendants.

**ANSWER TO COMPLAINT ON BEHALF OF DEFENDANTS DETECTIVE WILLIAMS, SERGEANT SANCHEZ AND POLICE OFFICER TASS**

*ZACHARY W. CARTER*
*Corporation Counsel of the City of New York*
*Attorney for Defendants Detective Williams, Sergeant Sanchez and Police Officer Tass*
*100 Church Street*
*New York, New York 10007*

*Of Counsel: Erin Ryan*
*Tel: (212) 356-5056*

*Due and timely service is hereby admitted.*

*New York, N.Y. ............................................, 2016*

*........................................................................ Esq.*

*Attorney for ..............................................................*