UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CARLETO ALLEN,

                Plaintiff,                      **Notice of Appearance**

    - against -                              16 Civ. 3403 (PGG)

JEREMIAH S. WILLIAMS, Et Al.,

                Defendants.
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of plaintiff Carleto Allen.


Dated: June 15, 2017

                                                    /s/   John Knudsen
                                             JOHN E. KNUDSEN
                                           LAW OFFICES OF JOHN KNUDSEN, LLC
                                           PO Box 748
                                           White Plains, New York 10602
                                           (914) 721-0085
                                           lawofficesofjohnknudsen@gmail.com