# LAW OFFICES OF JOHN KNUDSEN, LLC
PO BOX 748
WHITE PLAINS, NEW YORK 10602
(914) 721-0085

June 15, 2017

<u>By</u> <u>ECF</u>

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: <u>Allen v. Williams</u>
        16 Civ. 3403 (PGG)

Dear Judge Gardephe:

  This letter is submitted to register that I have filed a notice of appearance on behalf of the plaintiff, Carleto Allen, and to request a court conference to address the outstanding discovery in this matter.  In order to facilitate my understanding of what discovery remains outstanding, I would request that defendants reproduce to me any discovery demands, responses and documents produced thus far in this matter.  It would be my intention during the conference to request a new discovery schedule.

          Respectfully submitted,

            /s/  John Knudsen

          John E. Knudsen
          (914) 721-0085

cc: Erin Teresa Ryan, Esq.
   Counsel for defendants