# LAW OFFICES OF JOHN KNUDSEN, LLC
PO BOX 748
WHITE PLAINS, NEW YORK 10602
(914) 721-0085

February 26, 2018

By ECF

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     Allen v. Williams
        16 Civ. 3403 (PGG)

Dear Judge Gardephe:

This letter is written to update the Court about plaintiff's state criminal court matter in anticipation of the March 1, 2018 conference. Based upon information received from the New York State Courts eTrack system, plaintiff's February 23, 2018 state criminal court was adjourned until March 22, 2018.

Respectfully submitted,

   /s/  John Knudsen

John E. Knudsen
(914) 721-0085

cc:     Erin Ryan, Esq.
        Counsel for defendants