UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
+-----------------------------------+
| USDC SDNY                         |
| DOCUMENT                          |
| ELECTRONICALLY FILED              |
| DOC #: _____            |
| DATE FILED: _____       |
+-----------------------------------+
```

CARLETO DWAYNE WAYNE ALLEN,

                                    Plaintiff,

            -against-

JEREMIAH S. WILLIAMS, NYPD,
SHIELD # 07878; MICHAEL T. OBRIEN,
NYPD, SHIELD # 00721; JOZSEF A.
TASS, NYPD, SHIELD # 28671;
BRANDON A. RAVELO, NYPD, SHIELD
# 26010; MIGUEL E. SANCHEZ, NYPD,
SHIELD # 4645,

                                    Defendants.

**ORDER**

16 Civ. 3403 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

During proceedings in open court on December 7, 2018, Plaintiff consented to the dismissal of claims against Defendant Michael T. O'Brien. Accordingly, it is hereby ORDERED that all claims in this action against Defendant O'Brien are dismissed.

It is further ORDERED that trial in this action will commence on **April 8, 2019, at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Pre-trial submissions—motions in limine, proposed voir dire, and requests to charge—are due on **March 8, 2019**. Any responsive papers are due on **March 15, 2019**.

Dated: New York, New York
        December 12, 2018

                    SO ORDERED.

                    _____
                    Paul G. Gardephe
                    United States District Judge