UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Carleto Allen,

                Plaintiff,                    16 **CIVIL** 3403 (PGG)

       -against-                         **JUDGMENT**

Williams, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Paul G. Gardephe, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

DATED: New York, New York
           April   *12*, 2019

**RUBY J. KRAJICK**

So Ordered:                                     **Clerk of Court**

        _[signature]_                    BY:     _[signature]_
       U.S.D.J.                                          **Deputy Clerk**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLETO ALLEN,

                Plaintiff,

-against-

JEREMIAH S. WILLIAMS, NYPD, SHIELD # 07878; JOZSEF A. TASS, NYPD, SHIELD # 28671; BRANDON A. RAVELO, NYPD, SHIELD # 26010; MIGUEL E. SANCHEZ, NYPD, SHIELD # 4645,

                Defendants.

**VERDICT**

16 Civ. 3403 (PGG)

The jury hereby unanimously makes the following findings:

## LIABILITY

### Section 1983 – Excessive Force

1. Has Carleto Allen proven, by a preponderance of the evidence, his Section 1983 excessive force claim against Detective Jeremiah Williams?

    YES _____    NO __X__

2. Has Carleto Allen proven, by a preponderance of the evidence, his Section 1983 excessive force claim against Detective Brandon Ravelo?

    YES _____    NO __X__

3. Has Carleto Allen proven, by a preponderance of the evidence, his Section 1983 excessive force claim against Sergeant Miguel Sanchez?

    YES _____    NO __X__

4. Has Carleto Allen proven, by a preponderance of the evidence, his Section 1983 excessive force claim against Officer Jozsef Tass?

    YES _____    NO __X__

**If all of your answers to Questions 1 through 4 are "NO," your deliberations are at an end. The foreperson should sign and date this verdict sheet, place it in an envelope, and tell the Marshal that the jury has reached a verdict.**

**If you answered "YES" to any of Questions 1 through 4, you must answer Questions 5 through 6, except if you answered "YES" to Question 3, you need not answer Question 5 and/or if you answered "YES" to Question 4, you need not answer Question 6.**

### Section 1983 – Failure to Intervene

5.  Has Carleto Allen proven, by a preponderance of the evidence, his Section 1983 failure to intervene claim against Sergeant Miguel Sanchez?

    YES _____          NO __X__

6.  Has Carleto Allen proven, by a preponderance of the evidence, his Section 1983 failure to intervene claim against Officer Jozsef Tass?

    YES _____          NO __X__

**If you answered "YES" to any of Questions 1 through 6, you must proceed to answer the remaining questions on this form. If you answered "NO" to all of Questions 1 through 6, then your deliberations are at an end, and the foreperson should sign and date the verdict sheet, place it in an envelope, and inform the Marshal that the jury has reached a verdict.**

### INTERROGATORIES

7.  Did the Defendants prove, by a preponderance of the evidence, that Carleto Allen resisted arrest?

    YES _____          NO _____

8.  Did the Defendants prove, by a preponderance of the evidence, that Carleto Allen had a gun in his jacket at the time of his arrest?

    YES _____          NO _____

### DAMAGES

9.  Has Carleto Allen proven, by a preponderance of the evidence, that he suffered actual compensatory damages with respect to his excessive force and/or failure to intervene claim?

    YES _____          NO _____

10. If you answered "YES" to Question 9, state the amount that should be awarded as compensatory damages to Carleto Allen with respect to that claim:

    $ _____

    If you answered "NO" to Question 9, what amount of nominal damages, not to exceed one dollar, do you award to Carleto Allen with respect to that claim?

    $ _____

11. Has Carleto Allen proven, by a preponderance of the evidence, that punitive damages should be awarded against Detective Jeremiah Williams?

    YES _____   NO _____

    If YES, state the amount that should be awarded as punitive damages:

    $ _____

12. Has Carleto Allen proven, by a preponderance of the evidence, that punitive damages should be awarded against Detective Brandon Ravelo?

    YES _____   NO _____

    If YES, state the amount that should be awarded as punitive damages:

    $ _____

13. Has Carleto Allen proven, by a preponderance of the evidence, that punitive damages should be awarded against Sergeant Miguel Sanchez?

    YES _____   NO _____

    If YES, state the amount that should be awarded as punitive damages:

    $ _____

14. Has Carleto Allen proven, by a preponderance of the evidence, that punitive damages should be awarded against Officer Jozsef Tass?

    YES _____   NO _____

    If YES, state the amount that should be awarded as punitive damages:

    $ _____

**After completing this form, the Foreperson should sign and date it, place it in an envelope, and inform the Marshal that the jury has have reached a verdict.**

Dated: 4/10/17

_____
Signature of Foreperson