UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Carleto Allen ) Case No.: 1:16-cv-03403 (PGG)
    Plaintiff, )
     )
    -against- )
     )
NYPD OFFICER )
JEREMIAH WILLIAMS et al. )
    Defendants )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 1 3 2020

NOTICE OF APPEAL
TO THE 2ND CIRCUIT COURT OF APPEALS
OF
U.S.D.J PAUL G. GARDEPHE'S ORDER
FILED ON 01/02/2020 DOCKET ENTRY # 113

Now comes Carleto Allen, the Plaintiff from herein whom enters this Notice of Appeal of U.S.D.J Paul Gardephe's Order Filed on 01/02/2020 docket entry # 113 which was an Order Denying the Plaintiffs Motion challenging the taxation of the cost against the Plaintiff in case number 1:16-cv-03403 (PGG).

Date 2/9/20

Carleto Allen, the Plaintiff
P.O. Box 900
F.C.I Ray Brook
Ray Brook, NY 12977


CERTIFICATE OF SERVICE

The Plaintiff declares that this Notice of Appeal has been serviced by first class mail to the Clerk of Courts for the United States District Court for the Southern Judicial District of New York located at Daniel Patrick Moynihan United States Courthouse 500 Pearl Street, Room 120 New York, NY 10007-1312, to be disseminated to all parties that have requested to receive notice of filings in this matter.

Date 2/9/20

Carleto Allen, the Plaintiff

